| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | WStern@mofo.com |
| 2 | CLAUDIA M. VETESI (CA SBN 233485) |
| | CVetesi@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

Attorneys for Defendant
KRISPY KREME DOUGHNUT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAIDIAN, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>KRISPY KREME DOUGHNUT CORPORATION, <br><br>Defendant. | Case No. 2:16-cv-08338-SVW-AFM <br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR KRISPY KREME DOUGHNUT CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE** <br><br>**Complaint served:** 11/14/2016 <br>**Am. Complaint served:** 12/5/2016 <br>**Current response date:** 12/19/2016 <br><br><br>Hon. Stephen V. Wilson <br>Courtroom 10A |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
sf-3719657

1    WHEREAS, on November 14, 2016, Plaintiff JASON SAIDIAN
2  ("Plaintiff") served an Original Complaint in the above referenced action against
3  Defendant KRISPY KREME DOUGHNUTS, INC.;
4    WHEREAS, on December 5, 2016, Plaintiff served an Amended Complaint
5  in the above referenced action against KRISPY KREME DOUGHNUT
6  CORPORATION ("Krispy Kreme Doughnuts");
7    WHEREAS, the current deadline for Krispy Kreme Doughnuts' response to
8  the Amended Complaint is December 19, 2016;
9    WHEREAS, pursuant to L.R. 23-3, absent an order from this Court providing
10  otherwise, Plaintiff is required to file a motion for class certification under Rule 23
11  by February 13, 2016, which date is 90 days from the service of the Original
12  Complaint;
13    WHEREAS, the Court has not yet set a date for the trial, pre-trial conference,
14  discovery cutoff, or any other pending deadline in this action;
15    WHEREAS, no prior requests for any extensions have been made in this
16  action by the parties;
17    WHEREAS, good cause exists for a 16-day extension of Krispy Kreme
18  Doughnuts' deadline to respond to the Amended Complaint;
19    WHEREAS, should Krispy Kreme Doughnuts file a motion in response to
20  the Amended Complaint, the parties agree to the briefing schedule set forth below;
21    WHEREAS, good cause exists to waive Plaintiff's L.R. 23-3 deadline to file
22  a Rule 23 motion for class certification;
23    IT IS HEREBY AGREED AND STIPULATED by both parties, through
24  their respective counsel of record, that:
25    1. Krispy Kreme Doughnuts has up to and including January 4, 2016 to
26  answer, move, or otherwise respond to the Amended Complaint in this action;
27    2. Should Krispy Kreme Doughnuts file a motion in response to the
28  Amended Complaint, the parties have agreed upon the following briefing schedule:

January 4, 2017: Responsive Motion to Amended Complaint Due

February 2, 2017: Opposition to Motion Due

February 16, 3017: Reply in support of Motion Due

3. The time in L.R. 23-3 for Plaintiff to file a Rule 23 motion for class certification is waived. The parties will present the Court with a briefing schedule for the motion for class certification, if any, in the Rule 26(f) report.

4. Nothing herein shall be deemed a waiver of any rights or defenses by any party.

Dated: December 7, 2016

BENJAMIN HEIKALI
BARBARA A. ROHR
FARUQI AND FARUQI LLP

By: /s/ Benjamin Heikali
Benjamin Heikali

Attorneys for Plaintiff
JASON SAIDIAN

Dated: December 7, 2016

WILLIAM L. STERN
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
William L. Stern

Attorneys for Defendant
KRISPY KREME DOUGHNUT CORPORATION

## **ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO EXTEND THE TIME FOR KRISPY KREME DOUGHNUT CORPORATION TO ANSWER OR OTHERWISE

RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from Benjamin Heikali, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 7, 2016

WILLIAM L. STERN
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
William L. Stern