Barbara A. Rohr (SBN 273353)
Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: brohr@faruqilaw.com
    bheikali@faruqilaw.com

*Attorneys for Plaintiff Jason Saidian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAIDIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME DOUGHNUT CORPORATION,<br><br>Defendant. | Case No.: 2:16-cv-08338-SVW-AFM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO PLAINTIFF JASON SAIDIAN WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Saidian ("Plaintiff") and Defendant Krispy Kreme Doughnut Corporation ("Defendant"), through their respective counsel of record, hereby stipulate to this dismissal, with prejudice, of all claims for relief asserted by Plaintiff against Defendant in the above-captioned action.  This stipulation of dismissal shall not affect the claims of any putative class member in this action as no class certification motion has been filed and no class has been certified. Accordingly, this Voluntary

Dismissal dismisses the class action allegations without prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

DATED: April 26, 2017

**FARUQI & FARUQI, LLP**

By:  */s/ Barbara A. Rohr*

Barbara A. Rohr, Bar No. 273353
Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone (424) 256-2884
E-mail: brohr@faruqilaw.com
         bheikali@faruqilaw.com

*Attorneys for Plaintiff Jason Saidian*

DATED: April 26, 2017

**MORRISON & FOERSTER LLP**

By: */s/ William L. Stern*

William L. Stern (SBN 96105)
Claudia Maria Vetesi (SBN 233485)
Luis Gabriel Hoyos (SBN 313019)
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: WStern@mofo.com
         CVetesi@mofo.com
         LHoyos@mofo.com

*Attorneys for Defendant Krispy Kreme Doughnut Corporation*

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Barbara A. Rohr, attest that all signatories listed, and on whose behalf the filing is submitted, concur in this Voluntary Dismissal filing and have authorized the filing.

Dated: April 26, 2017               */s/ Barbara A. Rohr*
                                    Barbara A. Rohr

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: April 26, 2017           */s/ Barbara A. Rohr*
                                Barbara A. Rohr